# Exhibit 1



125 Park Avenue, 25th Floor
New York, NY 10017
(201) 448-7739
info@lasst.org

March 5, 2026

Via Electronic Submission (PAL Portal: https://pal.whs.mil/)

OSD/JS FOIA Requester Service Center
Freedom of Information Division
1155 Defense Pentagon
Washington, DC 20301-1155

**Re:** Freedom of Information Act Request — CDAO Frontier AI Other Transaction Agreements

Dear FOIA Officer:

Sam Biddle is an investigative reporter for The Intercept, an award-winning online news outlet published by not-for-profit organization The Intercept Media, Inc. Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the implementing regulations of the Department of Defense, 32 C.F.R. Part 286, Mr. Biddle hereby requests the records described below.

## I. RECORDS REQUESTED

Mr. Biddle requests copies of the following discrete contract instruments in the possession, custody, or control of the Office of the Secretary of Defense and Joint Staff, including the Chief Digital and Artificial Intelligence Office ("CDAO").

### CDAO Frontier AI Other Transaction Agreements

Complete copies of each of the following four Other Transaction Agreements ("OTAs") awarded by CDAO in June–July 2025 for frontier AI prototyping, each with a ceiling of approximately $200 million, including all attachments, appendices, exhibits, schedules,

statements of work, performance work statements, terms and conditions, data-rights provisions, security or information-handling addenda, and any modifications, amendments, novations, partial terminations, or other post-award instruments executed through the date of this request:

(1) OpenAI Public Sector LLC — Prototype OTA HQ0883-25-9-0012;

(2) Google Public Sector LLC — Prototype OTA HQ0883-25-9-0013;

(3) Anthropic PBC — Prototype OTA HQ0883-25-9-0014; and

(4) AIQ Phase LLC (xAI) — Prototype OTA HQ0883-25-9-0015.

To the extent the Department proposes to withhold any portion of the agreements, Mr. Biddle requests that the Department produce a detailed Vaughn index identifying each withholding and the specific basis for withholding asserted.

To reduce processing burden, this request does not seek draft agreements, internal deliberative drafts, source-selection materials, proposals, or pre-award negotiation records except to the extent any such material was incorporated into a final executed agreement. This request also does not seek purely duplicative press materials already posted publicly.

## II. REQUEST FOR EXPEDITED PROCESSING

Please process this request on an expedited basis because the public urgently needs the information requested herein. Under FOIA, agencies must grant requests for expedited processing if there is a "compelling need" for the requested information and in other cases as determined by the agency. 5 U.S.C. § 552(a)(6)(E)(i). "[W]ith respect to a request made by a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity[]" constitutes a "compelling need." 5 U.S.C. § 552 (a)(6)(E)(v)(II); *see also* 32 C.F.R. § 286.8(e)(1)(i)(B). Specifically, journalists have a "compelling need" for requested information if (1) "the request concerns a matter of current exigency to the American public," (2) "the consequences of delaying a response would compromise a significant recognized interest," and (3) "the request concerns federal government activity." *Al-Fayed v. C.I.A.*, 254 F.3d 300, 310 (D.C. Cir. 2001).

Mr. Biddle is an investigative reporter for The Intercept, an award-winning online news outlet published by not-for-profit organization The Intercept Media, Inc. The subject matter of this FOIA request has received significant public interest and has long been an important topic for

The Intercept.[1] It concerns federal government activity and is a matter of current exigency to the American public, as demonstrated by extensive recent media coverage.[2] A "significant recognized interest" exists in "quickly disseminating breaking, general-interest news," which delay in responding here would compromise. *ACLU of N. California v. U.S. Dep't of Def.*, 2006 WL 1469418, at \*8 (N.D. Cal. May 25, 2006).

In light of the compelling need for the requested information, please process this request on an expedited basis.

Mr. Biddle certifies that the foregoing statements are true and correct to the best of his knowledge and belief.

### III. FEE WAIVER REQUEST

Mr. Biddle requests a waiver of all fees pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) and 32 C.F.R. § 286.12(l). Disclosure of the requested records is in the public interest because:

**(1)** The records concern the terms under which the Department of Defense deploys frontier AI systems in military and intelligence operations, a matter of significant public interest bearing directly on national security, civil liberties, and the laws of armed conflict.

**(2)** These matters are the subject of extraordinary public attention, active congressional oversight, and anticipated litigation following the Department's February 27–28, 2026 designation of Anthropic PBC as a supply chain risk and its simultaneous execution of a network agreement with OpenAI.

**(3)** The Intercept is a news publication with the expertise and intent to analyze and disseminate the disclosed information through reports, analyses, testimony, and media engagement. The Intercept has no commercial interest in the requested records.

---

[1] *See, e.g.*, Sam Biddle, *Meta-Powered Military Chatbot Advertised Giving "Worthless" Advice on Airstrikes*, The Intercept (Nov. 24, 2024), https://theintercept.com/2024/11/24/defense-llama-meta-military/; Sam Biddle, *U.S. Military Makes First Confirmed OpenAI Purchase for War-Fighting Forces*, The Intercept (Oct. 25, 2024), https://theintercept.com/2024/10/25/africom-microsoft-openai-military/; Sam Biddle, *Microsoft Pitched OpenAI's DALL-E as Battlefield Tool for U.S. Military*, The Intercept (Apr. 10, 2024), https://theintercept.com/2024/04/10/microsoft-openai-dalle-ai-military-use/; Sam Biddle, *OpenAI Quietly Deletes Ban on Using ChatGPT for "Military and Warfare,"* The Intercept (Jan. 12, 2024), https://theintercept.com/2024/01/12/open-ai-military-ban-chatgpt/.

[2] *See, e.g.*, Sheera Frenkel et al., *How Talks Between Anthropic and the Defense Dept. Fell Apart*, N.Y. Times (Mar. 1, 2026), https://www.nytimes.com/2026/03/01/technology/anthropic-defense-dept-openai-talks.html; Amrith Ramkumar, *Trump Administration Shuns Anthropic, Embraces OpenAI in Clash Over Guardrails*, Wall St. J. (Feb. 27, 2026), https://www.wsj.com/tech/ai/trump-will-end-government-use-of-anthropics-ai-models-ff3550d9.

**IV. FORMAT AND FEES**

Mr. Biddle requests production in electronic format, preferably as PDF files, via the PAL portal or by email. In the event the fee waiver is denied, Mr. Biddle is willing to pay fees up to $500.00. Please contact the undersigned before incurring fees in excess of that amount.

**V. PRESERVATION REQUEST**

Mr. Biddle requests that the Department immediately take all steps necessary to preserve records responsive to this request, including by issuing preservation notices to custodians within CDAO, USD(R&E), and the Office of General Counsel.

This request is deliberately narrow, seeking only executed contract instruments and their attachments. Mr. Biddle respectfully submits that these are discrete, readily identifiable records that should be processed on the simple track. Mr. Biddle looks forward to your response as required by 5 U.S.C. § 552(a)(6)(A)(i).

Respectfully submitted,

Tyler Whitmer
President
Legal Advocates for Safe Science and Technology, Inc.
125 Park Ave., 25th Floor
New York, NY 10017
(201) 448-7739
tyler@lasst.org

*Attorney for Sam Biddle*

Sam Biddle

2021 N. Hoover St.

Los Angeles, CA

sam.biddle@theintercept.com