# Exhibit 8



**Vivian Dong <vivian@lasst.org>**

## FOIA Appeal Acknowledgement: 26-A-1701-A1 (FOIA Request 26-F-1701)

**OSD MC-ALEX OATSD PCLT Mailbox DFOIPO FOIA-Appeals** <osd.mc-alex.oatsd-pclt.mbx.dfoipo-foia-appeals@mail.mil>    Thu, Mar 19, 2026 at 2:49 PM
To: Vivian Dong <vivian@lasst.org>, Tyler Whitmer <tyler@lasst.org>
Cc: OSD MC-ALEX OATSD PCLT Mailbox DFOIPO FOIA-Appeals <osd.mc-alex.oatsd-pclt.mbx.dfoipo-foia-appeals@mail.mil>

Good afternoon,

This is in response to your Freedom of Information Act (FOIA) appeal in reference to your OSW/JS FOIA request 26-F-1701.  We received your FOIA appeal on March 19, 2026, and have assigned your appeal tracking number 26-A-1701-A1.  Please refer to this number when communicating about your request.

Due to an extremely heavy FOIA workload, we are unable to complete your appeal within the statutory time requirement.  In fairness to the general public, we make every effort to treat all requesters equally.  Accordingly, responses are made on a first-in, first-out basis.  When the appellate review of your case is complete, you will be notified by our office of the final determination.  You may direct any questions concerning this appeal to:  osd.mc-alex.oatsd-pclt.mbx.dfoipo-foia-appeals@mail.mil.  You may also contact our office by phone at 571-372-0462.

V/r,

Freedom of Information Act Division

Privacy, Civil Liberties, and Transparency Directorate

Office of the Director, Administration & Management

Department of War

osd.mc-alex.ocmo.mbx.dfoipo-foia-appeals@mail.mil

**From:** Vivian Dong <vivian@lasst.org>
**Sent:** Wednesday, March 18, 2026 5:36 PM
**To:** OSD MC-ALEX OATSD PCLT Mailbox DFOIPO FOIA-Appeals <osd.foia-appeal@mail.mil>
**Cc:** Tyler Whitmer <tyler@lasst.org>
**Subject:** FOIA Appeal

You don't often get email from vivian@lasst.org. Learn why this is important

Dear FOIA officer,

On behalf of Tyler Whitmer, attached please find the appeal of the denial of expedited processing for FOIA case number 26-F-1701.

Regards,

--

**Vivian Dong**
Programs Director
**Legal Advocates for Safe Science and Technology**
Website | YouCanBookMe | LinkedIn