UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC. and SAM BIDDLE,<br><br>Plaintiffs,<br><br>-against-<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>Defendant. | Case No. 1:26-cv-03227 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

This case arises under the Freedom of Information Act, Title 5, United States Code, Section 552.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date on which Defendant enters an appearance**, and not to exceed two pages, indicating whether there is any need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

Plaintiffs shall promptly serve a copy of this Order on Defendant and file proof of such service.

Dated:  April 24, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge