**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

THE INTERCEPT MEDIA, INC., et al.,
              Plaintiffs,

   -vs-

U.S. DEPARTMENT OF DEFENSE,
              Defendant.
-----------------------------------------------------------X

Civil Action No. 1:26-CV-03227
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  }
             S.S.
COUNTY OF NEW YORK]

**NELSON CARVAJAL,** being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 23rd day of April, 2026, at approximately the time of 12:08pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER STATE AND RULE 7.1 STATEMENT** upon **U.S. DEPARTMENT OF DEFENSE** at 86 Chambers Street, 3rd Floor, New York, NY 10278, by personally delivering and leaving the same with **DERICK MAYERS,** who informed deponent that he holds the position of civil clerk with that company and is authorized by appointment to receive service at that address.

**DERICK MAYERS** is a black male, approximately 63 years of age, stands approximately 5 feet 10 inches to 6 feet tall, weighs approximately 195-210 pounds with a shaved head and brown eyes.

_____
**NELSON CARVAJAL, #2133927**

Sworn to before me this
24th day of April, 2026

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2028

#316158

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com