IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE INTERCEPT MEDIA, INC. and<br>SAM BIDDLE,<br><br>          Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>          Defendant. | Case No. 1:26-cv-03227 (JLR) |

### AFFIDAVIT OF SERVICE

LYNN B. OBERLANDER, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am a partner with the law firm of Ballard Spahr LLP, counsel for Plaintiffs in this action.  I have personal knowledge of the matters stated herein.

2.      On April 29, 2026, I directed that a true and correct copy of this Court's April 24, 2026 Order (Dkt. 12) be served upon Defendant U.S. Department of Defense by sending true and correct copies via U.S. Mail to Jay Clayton, U.S. Attorney's Office, 26 Federal Plaza, 37th Floor, New York, NY 10278; and U.S. Department of Defense, 1400 Defense Pentagon, Washington, DC 20301.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
April 20, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**

*/s/ Lynn B. Oberlander*
Lynn B. Oberlander
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
oberlanderl@ballardspahr.com