AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| The Intercept Media, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26 Civ. 3227 (JLR) |
| U.S. Department of Defense | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant                                                                                                                .

Date:     05/07/2026                                    /s/ Dana Walsh Kumar
                                                                                *Attorney's signature*

                                                                      Dana Walsh Kumar
                                                                   *Printed name and bar number*

                                                       United States Attorney's Office, SDNY
                                                           86 Chambers Street, Third Floor
                                                                   New York, NY 10007

                                                                                *Address*

                                                             dana.walsh.kumar@usdoj.gov
                                                                           *E-mail address*

                                                                      (212) 637-2741
                                                                     *Telephone number*

                                                                      (212) 637-2702
                                                                           *FAX number*