# Ballard Spahr
### LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Lynn Oberlander
Tel: 646.346.8011
Fax: 212.223.1942
oberlanderl@ballardspahr.com

May 21, 2026

*Via ECF*

The Honorable Jennifer L. Rochon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

      **Re:**    *The Intercept Media, Inc. v. Dep't of Defense*, No. 1:26-cv-03227 (JLR)

Dear Judge Rochon:

Pursuant to the April 24, 2026 Order (ECF 12) in the above-captioned matter, Plaintiffs The Intercept Media, Inc. and Sam Biddle and Defendant the U.S. Department of Defense respectfully submit this joint letter proposing an initial conference in this case.

This matter arises from two Freedom of Information Act ("FOIA") requests that Plaintiffs submitted to Defendant seeking copies of certain agreements that Defendant has reached with four technology companies concerning the deployment of those companies' artificial intelligence ("AI") systems.  In the first FOIA request, Plaintiffs requested copies of the "Prototype Other Transaction Agreements" that Defendant has reached with OpenAI, Google, Anthropic, and xAI.  In the second FOIA request, Plaintiffs requested copies of any contracts between Defendant and those same four companies, executed on or after January 1, 2024, that specifically authorize or govern the deployment of AI models on Defendant's networks.

Counsel for the parties met and conferred on May 13, 2026.  Counsel for Defendant reported that Defendant anticipates providing a response to Plaintiffs on the first request by May 27, 2026, and does not yet have an anticipated date for responding to Plaintiffs on the second request.  Counsel for Plaintiffs reported that they have submitted several additional FOIA requests to Defendant related to the requests at issue in this case, and so – depending on how Defendant responds to those requests – Plaintiffs may seek to bring them before this Court as well, whether through an amended complaint or in a separate lawsuit designated as related to and/or consolidated with this action.  Plaintiffs and Defendant do not presently anticipate any need for discovery in this matter.

The Honorable Jennifer L. Rochon
May 21, 2026
Page 2

      Given the various possible paths forward in this action, Plaintiffs and Defendant jointly request that the Court (1) hold an initial conference in this case; (2) extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint, currently set for May 26, 2026, until 60 days after the initial conference; and (3) direct the parties to file a joint status report within 30 days of the initial conference and then every 60 days thereafter.

      Respectfully submitted,

      BALLARD SPAHR LLP

      */s/ Lynn B. Oberlander*
      Lynn B. Oberlander
      1675 Broadway, 19th Floor
      New York, NY 10019
      Tel: (212) 223-0200
      Fax: (212) 223-1942
      oberlanderl@ballardspahr.com

      Maxwell S. Mishkin (*pro hac vice*)
      1909 K Street NW, 12th Floor
      Washington, DC 20006
      Tel: (202) 661-2200
      Fax: (202) 661-2299
      mishkinm@ballardspahr.com

      LEGAL ADVOCATES FOR SAFE
      SCIENCE AND TECHNOLOGY, INC.

      Tyler Whitmer
      Vivian Dong (*pro hac vice*)
      125 Park Avenue, 25th Floor
      New York, NY 10017
      Tel: (201) 448-7739
      tyler@lasst.org
      vivian@lasst.org

      *Counsel for Plaintiffs*