# Ballard Spahr
### LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Lynn Oberlander
Tel: 646.346.8011
Fax: 212.223.1942
oberlanderl@ballardspahr.com

June 9, 2026

***Via ECF***

The Honorable Jennifer L. Rochon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

   **Re:** ***The Intercept Media, Inc. v. Dep't of Defense*, No. 1:26-cv-03227 (JLR)**

Dear Judge Rochon:

   Pursuant to Rule 1.A of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiffs The Intercept Media, Inc. and Sam Biddle submit this letter motion to respectfully request that the initial pre-trial conference scheduled in this matter for June 25, 2026, at 11:00 a.m., *see* ECF 22, be converted from an in-person conference to a telephonic conference to accommodate the preexisting travel plans of Plaintiffs' counsel.  Defendant the U.S. Department of Defense consents to this letter motion.

Request GRANTED.  The parties' June 25, 2026 initial pre-trial conference, *see* Dkt. 22, will be conducted virtually via Microsoft Teams.  Counsel must submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone conference ID: 422 932 555#.

Dated: June 9, 2026
  New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Lynn B. Oberlander*
Lynn B. Oberlander
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
oberlanderl@ballardspahr.com

Maxwell S. Mishkin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com

The Honorable Jennifer L. Rochon
June 9, 2026
Page 2

                                        LEGAL ADVOCATES FOR SAFE
                                        SCIENCE AND TECHNOLOGY, INC.

                                        Tyler Whitmer
                                        Vivian Dong (*pro hac vice*)
                                        125 Park Avenue, 25th Floor
                                        New York, NY 10017
                                        Tel: (201) 448-7739
                                        tyler@lasst.org
                                        vivian@lasst.org

                                        *Counsel for Plaintiffs*