UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE INTERCEPT MEDIA, INC. and SAM
BIDDLE,

                          Plaintiffs,

          -against-

U.S. DEPARTMENT OF DEFENSE,

                       Defendant.

Case No. 1:26-cv-03227 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed at the parties' June 25, 2026 initial pretrial conference, and on consent of

Defendant, Plaintiff is granted leave to file an amended complaint.  Plaintiff's first amended

complaint must be filed by **July 9, 2026**.

Dated:  June 25, 2026
       New York, New York

                            SO ORDERED.

                           _____
                           JENNIFER L. ROCHON
                           United States District Judge