**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 21, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *The Intercept Media, Inc., et al. v. U.S. Dep't of Defense*, 26 Civ. 3227 (JLR)

Dear Judge Rochon:

This Office represents the U.S. Department of Defense ("DoD") in this Freedom of Information Act ("FOIA") case. I write respectfully on behalf of the parties to provide a joint status report, as directed by the Court's order dated July 23, 2026. *See* ECF No. 31.

This case involves three FOIA requests submitted by Plaintiffs requesting records related to DoD contracts with certain AI companies. In the first FOIA request, Plaintiffs requested copies of the "Prototype Other Transaction Agreements" that the Complaint alleges DoD has reached with OpenAI, Google, Anthropic, and xAI. Am. Compl. ¶ 38. In the second FOIA request, Plaintiffs requested copies of any contracts between DoD and those same four companies, executed on or after January 1, 2024, that specifically authorize or govern the deployment of AI models on DoD networks. *Id.* ¶ 40. In the third FOIA request, Plaintiffs requested additional contracts between the Department of Defense and eight AI companies referenced in a May 1, 2026 DoD press release, as well as certain communications about the contracts. *Id.* ¶ 41.

DoD is currently processing all three FOIA requests. On August 5, 2026, DoD produced the responsive, non-exempt portions of 52 documents, totaling 447 pages, that were responsive to the first two FOIA requests. DoD is also currently in the process of conducting its search for documents and processing records responsive to the third FOIA request. DoD is in the process of reviewing potentially responsive records for DoD or other agency equities, applying redactions for DoD as appropriate, and then, if necessary, sending out records for reviews by its commercial counterparties to evaluate whether any confidential commercial information is contained in the records. *See* 32 C.F.R. § 286.10; 5 U.S.C. § 552(b)(4). DoD anticipates making a production of responsive records by September 30, 2026, and additional rolling productions of responsive records as needed.

Plaintiffs are reviewing the records already produced by DoD, and the parties are working cooperatively to try to resolve any potential disputes related to the productions.

In light of the above, the parties respectfully propose to provide the Court with a further joint status report by November 20, 2026, to provide an update on the status of Defendants' search for and processing of records.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

By: *<u>/s/ Dana Walsh Kumar</u>*
DANA WALSH KUMAR
Assistant United States Attorney
Telephone: (212) 637-2741
E-mail: dana.walsh.kumar@usdoj.gov
*Counsel for defendant*